|  |  |
|---|---|
| SERGIO ALVAREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JOE BURNETT, et al.,<br><br>        Defendants. | No. 1:25-cv-00573-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 11 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Sergio Alvarez proceeds pro se in this civil action. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Doc. 9.

On May 22, 2025, defendants Joe Burnett and Local 155 Ironworkers filed a motion to dismiss this action for failure to exhaust contractual remedies and failure to state a cognizable claim. Doc. 5. Plaintiff did not file an opposition or a statement of non-opposition to the motion within fourteen days as required by Local Rule 230(c). On June 23, 2025, the assigned magistrate judge sua sponte granted plaintiff an extension of time, until July 14, 2025, and required plaintiff to file either an opposition or a statement of non-opposition to defendants' motion. Doc. 10. Plaintiff did not file a response to the court's order or the motion and did not otherwise communicate with the Court prior to the magistrate judge's issuance of findings and recommendations.

1

1    On August 18, 2025, the magistrate judge issued findings and recommendations, recommending that (1) this action be dismissed without prejudice for plaintiff's failure to prosecute this case and failure to comply with a court order, and (2) defendants' motion to dismiss be denied as moot.  Doc. 11.  The findings and recommendations provided the parties thirty days after service to file objections.  *Id*. at 4.  Plaintiff timely filed objections, to which defendants replied.  Docs. 12, 13.

In his objections, plaintiff states he "was never serve[d] to switch to federal court from state court"[1] and that he "already sen[t] you guys a[n] objection and you never enter[ed] it."  Doc. 12.  Plaintiff provides no evidence, such as outgoing mail records or a copy of prior filings, to support his contention that he previously mailed objections or an opposition.  As to his contention that plaintiff never received prior filings in this action, a review of the docket reflects that plaintiff was served with the court's prior orders and the findings and recommendations.  The docket does not indicate any change of address by plaintiff, nor any prior filings returned to the Court as undeliverable.  Plaintiff's objections do not undermine the magistrate judge's findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///
///
///
///
///
///
///
///

---

[1] This action was removed to this Court on May 15, 2025.  Doc. 1.

Accordingly:

1. The findings and recommendations issued on August 18, 2025, Doc. 11, are ADOPTED in full.
2. This case is DISMISSED, without prejudice, because of plaintiff's failure to prosecute this case and failure to comply with a court order.
3. Defendants' motion to dismiss, or in the alternative, a motion for a more definite statement, is DENIED as moot. Doc. 5.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 20, 2025

_____
UNITED STATES DISTRICT JUDGE

3